

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-95,781-01

### EX PARTE ALBERT WENDELL SELLS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. F19-33290-A IN THE CRIMINAL DISTRICT COURT
### FROM JEFFERSON COUNTY

*Per curiam*.

**O P I N I O N**

Applicant was convicted of continuous sexual abuse of a young child and sentenced to forty-three years' imprisonment. He filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that he was denied his right to an appeal. The trial court has found that Applicant has alleged facts entitling him to relief in the form of an out-of-time appeal. Based on the record, Applicant was denied an appeal due to a "breakdown in the system." *Ex parte Riley*, 193 S.W.3d 900 (Tex. Crim. App. 2006).

Relief is granted. Applicant may file an out-of-time appeal of his conviction in cause number 19-33290 from the Criminal District Court of Jefferson County. Within ten days from the date of

this Court's mandate, the trial court shall determine whether Applicant is indigent. If Applicant is indigent and wants to be represented by counsel, the trial court shall appoint counsel to represent him on direct appeal. Should Applicant decide to appeal, he must file a written notice of appeal in the trial court within thirty days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: July 31, 2024
Do not publish